UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TARANTINO PROPERTIES, INC. § | |
| § | |
| v. § | C.A. NO. 4:19-CV-00834 |
| § | |
| COMMERCIAL INSURANCE GROUP, § | |
| WESTCHESTER SURPLUS LINES § | |
| INSURANCE CO, AND ALL RISKS, LTD § | |

### Exhibit A

### AFFIDAVIT OF PAUL CARNOVALE

STATE OF NEW JERSEY §
§
HUNTERDON COUNTY §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Paul Carnovale, a person whose identity is known to me. After I administered an oath to him, upon his oath he said:

1. "My name is Paul Carnovale. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am employed by Ace American Insurance Company as a Vice President and Executive General Adjuster. I am authorized to prepare this affidavit on behalf of Westchester Surplus Lines Insurance Company ("Westchester"). I was the Executive General Adjuster for Westchester Claim No. KY17K2246211, the insurance claim made the basis of this lawsuit. I am also a custodian of records for Westchester as it pertains documents relating to the claim.

3. Westchester maintains a claim file for Claim No. KY17K2246211, and I have reviewed the file contents and have personal knowledge of the correspondence received by Westchester for this claim. Through is counsel, Tarantino Properties, Inc. issued a letter dated December 14, 2018, a true and correct copy of which is attached hereto as Exhibit 1. Westchester received the attached letter in or around January 2019. Otherwise, Westchester did not receive any other correspondence from Plaintiff or its counsel advising Westchester of the alleged acts or omissions



giving rise to this lawsuit, the amount alleged to be owed by Westchester on Plaintiff's claim, or the amount of reasonable and necessary attorney's fees incurred by the Plaintiff in relation to this claim.

FURTHER, AFFIANT SAYETH NOT.

SIGNED on this the 29 day of March, 2019.

_____
PAUL CARNOVALE

SWORN AND SUBSCRIBED before me on this 29 day of March, 2019, in New Jersey.

_____
Notary Public State of New Jersey
My Commission Expires: 7-26-22

PATRICIA SMITH
Notary Public, State of New Jersey
No. 2101930
Qualifed in Warren County
Commission Expires July 26, 2022